# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS



**CODY SHEEHAN**

*Plaintiff*

v.

**BLOCK ISLAND FISHING, INC., ET AL.**

*Defendant*

Civil Action No.: **1:17-CV-11989-IT**

## SUMMONS IN A CIVIL ACTION

To:   *Block Island Fishing, Inc.*
*20 Blackmer Street*
*New Bedford, MA 02744*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Jonathan E. Gilzean
   Latti & Anderson LLP
   30-31 Union Wharf
   Bosotn, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Katelyn Coppola**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017-10-16 14:03:56.0**, Clerk USDC DMA

Civil Action No.: **1:17−CV−11989−IT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ and mailed a copy to the individual's last known address; or

---

**Bristol County Sheriff's Office**   P.O. Box 8928   New Bedford, MA  02742-0928   (508) 992-6631
Bristol, SS

October 26, 2017

I hereby certify and return that on 10/25/2017 at 12:31 PM I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to Cecile Kennedy, agent, person in charge at the time of service for Block Island Fishing, Inc., Lars Vinjewud, II 20 Blackmer Street New Bedford, MA 02744 . Attest Fee ($5.00) Basic Service Fee ($30.00) Conveyance ($0.75) Copies ($2.00) Postage and Handling ($2.75) Travel ($22.70) Total: $63.20

**Deputy Sheriff Michael Young**

Date

*Deputy Sheriff*

Server's Signature

_____
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted service, etc: