# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CODY SHEEHAN,<br>    Plaintiff<br><br>V.<br><br>BLOCK ISLAND FISHING, INC., and<br>OCEANS FLEET FISHERIES, INC.,<br>    Defendants | Civil Action No.: 17-CV-11989-IT |

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Cody Sheehan, in the above-captioned matter, by and through his undersigned attorneys, and hereby provides Notice pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, that he voluntarily dismisses the above-captioned civil action against both Defendants with prejudice and without interest, costs or attorneys' fees, and with all rights of appeal waived.

Dated: 12/13/2017

Respectfully submitted for the
the Plaintiff, CODY SHEEHAN,
by his attorney,

/s/ Jonathan E. Gilzean
Jonathan E. Gilzean, BBO #679164
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
JGilzean@lattianderson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF system sand served a copy of this pleading on both Defendants via first class mail.

                                             /s/ Jonathan E. Gilzean
                                             Jonathan E. Gilzean
                                             Latti & Anderson LLP
                                             30-31 Union Wharf
                                             Boston, MA 02109
                                             617-523-1000
                                             JGilzean@lattianderson.com